# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol L. Miles, | Civil No. 08-400 (RHK/JJK) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Sun Life Assurance Company of Canada, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 22), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 12, 2009

　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　United States District Judge